AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT
☐ SUPERSEDING

─── OFFENSE CHARGED ───

18 U.S.C., Section 2252(a)(1):
Transportation of Child
Pornography (Class C Felony)

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

PENALTY:

Maximum Prison Term of 20 Years;
Maximum Fine of $250,000;
Maximum Term of Supervised Release of Three Years; and
Mandatory Special Assessment of $100.

E-filing

─── PROCEEDING ───

Name of Complaintant Agency, or Person (&Title, if any)
Department of Homeland Security/Immigration Customs Enforcement

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense

SHOW
DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☑ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

MAGISTRATE
CASE NO.
07-70629

Name and Office of Person
Furnishing Information on
THIS FORM          SCOTT N. SCHOOLS
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y
(if assigned)   Tarek J. Helou

─── Name of District Court, and/or Judge/Magistrate Location ───
NORTHERN DISTRICT OF CALIFORNIA

─── DEFENDANT - U.S. ───

▶ ALIREZA RAHMANI

DISTRICT COURT NUMBER

CR 07    0698
MMC

─── DEFENDANT ───

IS *NOT* IN CUSTODY

1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

NORTHERN DISTRICT OF CALIFORNIA

IS IN CUSTODY

4) ☑ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges   } ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of Institution _____

Has detainer been filed?  ☑ Yes  ☐ No  } If "Yes" give date filed  10/31/2007

DATE OF ARREST ▶  Month/Day/Year  10/25/2007

Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED ▶  Month/Day/Year
TO U.S. CUSTODY  _____

☐ This report amends AO 257 previously submitted

─── ADDITIONAL INFORMATION OR COMMENTS ───

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☐ WARRANT   Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____
Before Judge: _____

Comments:

# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**
**CRIMINAL DIVISION**
VENUE: SAN FRANCISCO



FILED
07 NOV -1 PM 3: 05
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

---

UNITED STATES OF AMERICA,

V.

ALIREZA RAHMANI

# CR 07 -0698 MMC

DEFENDANT.

---

## INDICTMENT

18 U.S.C. § 2252(a)(1)-Transportation of Child Pornography

---

INDict

A true bill.

_____
Foreman

Filed in open court this _____ day of
11/1/2007
_____
Clerk

Bail $ No process

1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   NORTHERN DISTRICT OF CALIFORNIA
10                       SAN FRANCISCO DIVISION

11
12  UNITED STATES OF AMERICA,        )   CR 07 - 0698
                                     )   No.
13       Plaintiff,                  )   VIOLATION: 18 U.S.C. § 2252(a)(1) –
                                     )   Transportation of Child Pornography
14       v.                          )
                                     )
15  ALIREZA RAHMANI,                 )   SAN FRANCISCO VENUE
                                     )
16       Defendant.                  )
                                     )
17  _____    )

18                          I N D I C T M E N T

19  The Grand Jury charges:

20       On or about October 25, 2007, in the Northern District of California, the defendant,

21                              ALIREZA RAHMANI,

22  did knowingly transport and ship in foreign commerce a visual depiction, where the producing of

23  such visual depiction involved the use of a minor engaging in sexually explicit conduct, and

24  //
25  //
26  //
27  //
28  //

INDICTMENT

1  where such visual depiction was of such conduct, in violation of Title 18, United States Code,
2  Section 2252(a)(1).
3  DATED:                                                      A TRUE BILL.
4  11-1-07
5
6                                                              /s/ James E. Vanbrocklin
7                                                              FOREPERSON
8  SCOTT N. SCHOOLS
   United States Attorney
9
10
11 GREGG W. LOWDER
   Chief, Major Crimes Division
12
13 (Approved as to form: _____
                          AUSA HELOU
14

INDICTMENT