1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2

3  BRIAN J. STRETCH (CABN 163973)
   Chief, Criminal Division
4

5  TAREK J. HELOU (CABN 218225)
   Assistant United States Attorney
6
        450 Golden Gate Avenue, Box 36055
7       San Francisco, California  94102
        Telephone:     (415) 436-7071
8       Facsimile:     (415) 436-7234
        Tarek.J.Helou@usdoj.gov
9

10 Attorneys for Plaintiff

11

12                     UNITED STATES DISTRICT COURT

13                    NORTHERN DISTRICT OF CALIFORNIA

14                         SAN FRANCISCO DIVISION

15

16 UNITED STATES OF AMERICA,         )   CR No. 07-00698-MMC
                                     )
17      Plaintiff,                   )   STIPULATION AND [PROPOSED] ORDER
                                     )   EXCLUDING TIME UNDER 18 U.S.C. § 3161
18      v.                           )
                                     )
19 ALIREZA RAHMANI,                  )
                                     )
20      Defendant.                   )
                                     )
21

22     On November 9, 2007, the parties in this case appeared before the Court and stipulated that

23 time from November 9, 2007 through November 16, 2007 should be excluded from Speedy Trial

24 Act calculations because defense counsel wishes to view alleged child pornography seized from

25 the defendant.  Defense counsel and counsel for the United States must agree to a procedure that

26 satisfies Title 18 U.S.C., Section 3509(m) to allow defense counsel to view those images.  The

27 parties represented to the Court that the length of the requested continuance was the reasonable

28 amount of time necessary for effective preparation of defense counsel, taking into account the

exercise of due diligence.  18 U.S.C. § 3161(h)(8)(B)(iv).  The parties also agreed that the ends of justice served by this continuance outweighed the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(8)(A).

SO STIPULATED:

                                      Respectfully submitted,
                                      SCOTT N. SCHOOLS
                                      United States Attorney

DATED: November 14, 2007                    /s/
                                      TAREK J. HELOU
                                      Assistant United States Attorney

DATED: November 14, 2007                    /s/
                                      CARLYLE VARLACK
                                      Attorney for Defendant Alireza Rahmani

As the Court found on November 9, 2007, and for the reasons stated above, the Court finds that the ends of justice served by the requested continuance outweigh the best interests of the public and the defendant in a speedy trial.  The Court also finds that time from November 9, 2007 through November 16, 2007 shall be excluded from Speedy Trial Act calculations for effective preparation of defense counsel.  18 U.S.C. §3161(h)(8)(A).  Failing to grant the requested continuance would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice.  18 U.S.C. §3161(h)(8)(B)(iv).

SO ORDERED.

DATED:_____                         _____
                                      THE HONORABLE BERNARD ZIMMERMAN
                                      United States Magistrate Judge