SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

TAREK J. HELOU (CABN 218225)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California  94102
    Telephone:    (415) 436-7071
    Facsimile:    (415) 436-7234
    Tarek.J.Helou@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR No. 07-00698-MMC |
| Plaintiff, | ) ) | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME UNDER 18 U.S.C. § 3161 |
| v. | ) ) | |
| ALIREZA RAHMANI, | ) ) | |
| Defendant. | ) ) | |

    On November 9, 2007, the parties in this case appeared before the Court and stipulated that time from November 9, 2007 through November 16, 2007 should be excluded from Speedy Trial Act calculations because defense counsel wishes to view alleged child pornography seized from the defendant.  Defense counsel and counsel for the United States must agree to a procedure that satisfies Title 18 U.S.C., Section 3509(m) to allow defense counsel to view those images.  The parties represented to the Court that the length of the requested continuance was the reasonable amount of time necessary for effective preparation of defense counsel, taking into account the

1  exercise of due diligence. 18 U.S.C. § 3161(h)(8)(B)(iv). The parties also agreed that the ends
2  of justice served by this continuance outweighed the best interests of the public and the defendant
3  in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

4

5  SO STIPULATED:

6                            Respectfully submitted,
                          SCOTT N. SCHOOLS
7                            United States Attorney

8

9  DATED: November 14, 2007                    /s/
10                           TAREK J. HELOU
                          Assistant United States Attorney

11

12 DATED: November 14, 2007                    /s/
13                           CARLYLE VARLACK
                          Attorney for Defendant Alireza Rahmani

14

15    As the Court found on November 9, 2007, and for the reasons stated above, the Court finds
16 that the ends of justice served by the requested continuance outweigh the best interests of the
17 public and the defendant in a speedy trial. The Court also finds that time from November 9,
18 2007 through November 16, 2007 shall be excluded from Speedy Trial Act calculations for
19 effective preparation of defense counsel. 18 U.S.C. §3161(h)(8)(A). Failing to grant the
20 requested continuance would deny counsel reasonable time necessary for effective preparation,
21 taking into account the exercise of due diligence, and would result in a miscarriage of justice. 18
22 U.S.C. §3161(h)(8)(B)(iv).

23

24 SO ORDERED.

25

26 DATED: November 14, 2007                          _____
27                           THE HONORABLE BERNARD ZIMMERMAN
                          United States Magistrate Judge

28