SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

TAREK J. HELOU (CABN 218225)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California  94102
    Telephone:     (415) 436-7071
    Facsimile:     (415) 436-7234
    Tarek.J.Helou@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR No. 07-00698-MMC |
|     Plaintiff, | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME UNDER 18 U.S.C. § 3161 |
|     v. | |
| ALIREZA RAHMANI, | |
|     Defendant. | |

On November 16, 2007, the parties in this case appeared before the Court and scheduled trial setting before the Honorable Maxine M. Chesney on December 5, 2007.  The parties also stipulated that time from November 16, 2007 through December 5, 2007 should be excluded from Speedy Trial Act calculations because defense counsel needs additional time to view evidence seized from the defendant.  The parties represented to the Court that the length of the requested continuance was the reasonable amount of time necessary for effective preparation of defense counsel, taking into account the exercise of due diligence.  18 U.S.C. §

3161(h)(8)(B)(iv).  The parties also agreed that the ends of justice served by this continuance outweighed the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(8)(A).

SO STIPULATED.                                    Respectfully submitted,

                                                                              SCOTT N. SCHOOLS
                                                                              United States Attorney

DATED: November 16, 2007                          _____/s/_____
                                                                              TAREK J. HELOU
                                                                              Assistant United States Attorney

DATED: November 16, 2007                          _____/s/_____
                                                                              CARLYLE VARLACK
                                                                              Attorney for Defendant Alireza Rahmani

    As the Court noted on November 16, 2007, and for the reasons stated above, the Court finds that the ends of justice served by the requested continuance outweigh the best interests of the public and the defendant in a speedy trial.  The Court also finds that time from November 16, 2007 through December 5, 2007 shall be excluded from Speedy Trial Act calculations for effective preparation of defense counsel.  18 U.S.C. §3161(h)(8)(A).  Failing to grant the requested continuance would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice.  18 U.S.C. §3161(h)(8)(B)(iv).

SO ORDERED.

DATED:_____                              _____
                                                                              THE HONORABLE BERNARD ZIMMERMAN
                                                                              United States Magistrate Judge