UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

Date: _____ 2007     **E-Filing**

Case No. **CR-07-0698 MMC**     JUDGE: **Maxine M. Chesney**

Defendant: **ALIREZA RAHMANI** *

Present (✓) Not Present ( ) In Custody (✓)

U.S. ATTORNEY: **TAREK HELOU**

ATTORNEY FOR DEFENDANT: **CARLYLE VARLACK**

Deputy Clerk: **TRACY LUCERO**

Reporter: **MARGO GURULE**

## PROCEEDINGS

REASON FOR HEARING: **Initial Status Conference**

RESULT OF HEARING: **Δ's counsel needs additional time to review voluminous discovery materials.**

**\* Farsi Interpreter - TODD JAVADI**

Case continued to **2/6/08 @ 2:30** for Further Status. / **Trial Setting**
Case continued to _____ for Motions.
(Motion due _____, Opposition due _____, Reply Due _____)
Case continued to _____ for Pretrial.
Case continued to _____ for Trial. (Court/Jury: ____ day(s))
Case continued to _____ for _____

EXCLUDABLE DELAY (Category) **Preparation of Counsel** Begins _____ 2007 Ends **2/6/08**