AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

**BY:** ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT  ☑ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

`JAN 17 PM 2:07`

### OFFENSE CHARGED
See Attachment A

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

**PENALTY:**
See Attachment A

### DEFENDANT - U.S.
▶ ALIREZA RAHMANI

**DISTRICT COURT NUMBER**
CR-07-698-MMC

### PROCEEDING
**Name of Complaintant Agency, or Person (&Title, if any)**
Department of Homeland Security/Immigration Customs Enforcement

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☑ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

**SHOW DOCKET NO.**

**MAGISTRATE CASE NO.**
07-70629

**Name and Office of Person Furnishing Information on THIS FORM**
JOSEPH P. RUSSONIELLO
☑ U.S. Att'y  ☐ Other U.S. Agency

**Name of Asst. U.S. Att'y (if assigned)**
Tarek J. Helou

### DEFENDANT

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ _____
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☑ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  } ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution _____

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed _____

**DATE OF ARREST** ▶ 10/25/2007    Month/Day/Year

Or... if Arresting Agency & Warrant were not
**DATE TRANSFERRED TO U.S. CUSTODY** ▶ _____    Month/Day/Year

☑ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

**PROCESS:**
☐ SUMMONS  ☑ NO PROCESS*  ☐ WARRANT    Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____
Before Judge: _____

Comments:

# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: SAN FRANCISCO

CR 07-698 MMC

UNITED STATES OF AMERICA,

V.

ALIREZA RAHMANI

DEFENDANT(S).

---

## SUPERSEDING INDICTMENT

18 U.S.C. § 2251(c)(1) - Production Of Child Pornography Outside the United States

18 U.S.C. § 2252(a)(1) - Transportation of Child Pornography

18 U.S.C. § 2253(a)(1)-(3) - Sexual Exploitation of Children; Criminal Forfeiture

A true bill.

_____
Foreman

Filed in open court this ___17___ day of

___JANUARY___ 2008.

_____
Clerk

Bail, $ no process

# ATTACHMENT A TO PENALTY SHEET

Superseding Indictment

United States v. Alireza Rahmani, Case No. CR-07-698-MMC

Offenses Charged:

18 U.S.C. § 2251(c)(1): Producing child pornography outside the U.S. (class B felony)

18 U.S.C. § 2252(a)(1): Transportation of child pornography (class C felony)

18 U.S.C. § 2253(a)(1)-(3): Sexual exploitation of a minor criminal forfeiture

Penalties:

18 U.S.C. § 2251(c)(1):

- Minimum Prison Term of 15 Years;
- Maximum Prison Term of 30 Years;
- Maximum Fine of $250,000;
- Maximum Lifetime Term of Supervised Release; and
- Mandatory Special Assessment of $100.

18 U.S.C. § 2252(a)(1):

- Minimum Prison Term of 5 Years;
- Maximum Prison Term of 20 Years;
- Maximum Fine of $250,000;
- Maximum Lifetime Term of Supervised Release; and
- Mandatory Special Assessment of $100.

18 U.S.C. § 2253(a)(1)-(3):

- Forfeiture of items identified in the indictment

1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   NORTHERN DISTRICT OF CALIFORNIA
10                       SAN FRANCISCO DIVISION
11
12 | UNITED STATES OF AMERICA,         )   No. CR-07-698-MMC
                                       )
13 |     Plaintiff,                    )   VIOLATIONS:
                                       )
14 |  v.                               )   18 U.S.C. § 2251(c)(1) – Production Of
                                       )   Child Pornography Outside the United
15 | ALIREZA RAHMANI,                  )   States
                                       )
16 |     Defendant.                    )   18 U.S.C. § 2252(a)(1) – Transportation
                                       )   of Child Pornography
17                                     )
                                       )   18 U.S.C. § 2253(a)(1)-(3) – Sexual
18 |_____)   Exploitation of Children; Criminal
                                           Forfeiture
19
                                           SAN FRANCISCO VENUE
20
21
                    S U P E R S E D I N G   I N D I C T M E N T
22
   The Grand Jury charges:
23
   COUNT ONE:       18 U.S.C. § 2251(c)(1) – Production Of Child Pornography Outside the
24                  United States

25    On or about April 11, 2007, in Germany, the defendant,

26                            ALIREZA RAHMANI,

27 knowingly employed, used, persuaded, induced, enticed, and coerced at least one minor to engage

28 in sexually explicit conduct for the purpose of producing a visual depiction of such conduct,

Case No. CR-07-698-MMC
SUPERSEDING INDICTMENT

1 namely, digital images of minors engaged in sexually explicit conduct, and on or about October
2 25, 2007, did knowingly transport such visual depictions to the United States from Germany,
3 namely, to San Mateo County, within the Northern District of California, in violation of Title 18,
4 United States Code, § 2251(c)(1).
5
6 COUNT TWO:        18 U.S.C. § 2252(a)(1) – Transportation of Child Pornography
7
8      On or about October 25, 2007, in the Northern District of California, the defendant,
9                                 ALIREZA RAHMANI,
10 did knowingly transport and ship in foreign commerce a visual depiction, where the producing of
11 such visual depiction involved the use of a minor engaging in sexually explicit conduct, and
12 where such visual depiction was of such conduct, in violation of Title 18, United States Code, §
13 2252(a)(1).
14
15 FORFEITURE ALLEGATIONS:     18 U.S.C. §§ 2253(a)(1)-(3) – Sexual Exploitation of
                                 Children; Criminal Forfeiture
16
17      Upon conviction of one or more of the offenses alleged in Counts One and Two, the
18 defendant,
19                                 ALIREZA RAHMANI,
20 shall forfeit to the United States, under Title 18, United States Code, § 2253(a)(1)-(3), all visual
21 depictions described in Title 18, United States Code Section 2252 and all property, real and
22 personal, used or intended to be used to commit or promote the commission of the offenses of
23 conviction, including but not limited to the following items that were seized from defendant on
24 October 25, 2007:
25     a.    Western Digital, model number WD2000 Caviar SE, Serial ATA, serial number
26           WCAL81957593, 200 GB;
27     b.    Western Digital, model number WD1200 Caviar Enhanced IDE, serial number
28           WMAES1796996, 120 GB;

Case No. CR-07-698-MMC
SUPERSEDING INDICTMENT

1     c.    Western Digital, model number WD1600 WD Caviar Enhanced IDE, serial
2            number WMAL72033292, 160 GB
3     d.    Samsung Mighty Drive USB Device, storage size 2 Gigabytes;
4     e.    14 DVDs; and
5     f.    5 CDs.

DATED: 1-17-08

A TRUE BILL.

/s/ FOREPERSON

JOSEPH P. RUSSONIELLO
United States Attorney

/s/ KYLE F. WALDINGER
Deputy Chief, Major Crimes Section

(Approved as to form: /s/ )
                    AUSA HELOU

Case No. CR-07-698-MMC
SUPERSEDING INDICTMENT