UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

E-Filing

Date: FEB 0 6 2008

Case No. CR-07-0698 MMC

JUDGE: Maxine M. Chesney

DEFENDANT: ALIREZA RAHMANI *

Present (✓) Not Present ( ) In Custody (✓)

U.S. ATTORNEY: TAREK HELOU

ATTORNEY FOR DEFENDANT: Michael Porcella for ROBERT BELES

Deputy Clerk: TRACY LUCERO

Reporter: BELLE BALL

## PROCEEDINGS

REASON FOR HEARING: Further Status Conference

RESULT OF HEARING: New counsel substituted in today & requests continuance to allow him time to review voluminous discovery materials.

* Farsi Interpreter - Mehram Sheikholeslami

Case continued to 4/9/08 @ 2:30 for Further Status. / Trial setting
Case continued to _____ for Motions.
   (Motion due _____, Opposition due _____, Reply Due _____)
Case continued to _____ for Pretrial.
Case continued to _____ for Trial. (Court/Jury: ___ day(s))
Case continued to _____ for _____

EXCLUDABLE DELAY (Category) Continuity / Preparation of Counsel  Begins FEB 0 6 2008  Ends 4/9/08