Robert J. Beles, State Bar No. 41993
1 Kaiser Plaza, Suite 2300
Oakland, CA 94612
Tel. No. (510) 836-0100
Fax No. (510) 832-3690
beleslaw@yahoo.com

Attorney for *Defendant Alireza Rahmani*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>ALIREZA RAHMANI,<br><br>    Defendant. | Criminal No.: CR07-00698-MMC<br><br>SUBSTITUTION OF COUNSEL |

**SUBSTITUTION OF COUNSEL**

    Alireza Rahmani, defendant, desires to substitute Robert J. Beles, 1 Kaiser Plaza, Suite 2300, Oakland, CA 94612 as his attorney of record in place of Carlyle Glenfield Varlack, 1625 The Alameda, Suite 508, San Jose, CA 95126, and respectfully requests that the court allow the substitution to take place.

02/05/2008                                             /S/ Alireza Rahmani
_____                         _____
Date                                                       Alireza Rahmani
                                                              Defendant

I consent to this substitution.

02/01/2008                                          /S/ Carlyle Glenfield Varlack
_____                              _____
Date                                                Carlyle Glenfield Varlack
                                                    Attorney-at-Law

    I consent to this substitution.

02/05/2008                                          /S/ Robert J. Beles
_____                              _____
Date                                                Robert J. Beles
                                                    Attorney-at-Law

    It is so ordered:


_____                              _____
Date                                                Maxine M. Chesney
                                                    United States District Judge