1  Robert J. Beles, State Bar No. 41993
   1 Kaiser Plaza, Suite 2300
2  Oakland, CA 94612
   Tel. No. (510) 836-0100
3  Fax No. (510) 832-3690
   beleslaw@yahoo.com
4
   Attorney for *Defendant Alireza Rahmani*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>ALIREZA RAHMANI,<br><br>　　　　Defendant. | Criminal No.: CR07-00698-MMC<br><br>SUBSTITUTION OF COUNSEL<br>　AND ORDER THEREON |

**SUBSTITUTION OF COUNSEL**

   Alireza Rahmani, defendant, desires to substitute Robert J. Beles, 1 Kaiser Plaza, Suite 2300, Oakland, CA 94612 as his attorney of record in place of Carlyle Glenfield Varlack, 1625 The Alameda, Suite 508, San Jose, CA 95126, and respectfully requests that the court allow the substitution to take place.


02/05/2008                                                    /S/ Alireza Rahmani
_____                                    _____
Date                                                          Alireza Rahmani
                                                              Defendant




I consent to this substitution.

| | |
|---|---|
| 02/01/2008 | /S/ Carlyle Glenfield Varlack |
| _____ | _____ |
| Date | Carlyle Glenfield Varlack |
| | Attorney-at-Law |

      I consent to this substitution.

| | |
|---|---|
| 02/05/2008 | /S/ Robert J. Beles |
| _____ | _____ |
| Date | Robert J. Beles |
| | Attorney-at-Law |

      It is so ordered:

| | |
|---|---|
| February 27, 2008 | _____ |
| Date | Maxine M. Chesney |
| | United States District Judge |

-2-