UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

E-filing

Date: APR 09 2008

Case No. CR-07-0698 MMC        JUDGE: **Maxine M. Chesney**

ALIREZA RAHMANI *              Present (✓) Not Present ( ) In Custody (✓)
DEFENDANT

TAREK HELOU                    ANNIE BELES for ROBERT BELES
U.S. ATTORNEY                  ATTORNEY FOR DEFENDANT

Deputy Clerk: **TRACY LUCERO**        Reporter: Margo Gurule

### PROCEEDINGS

REASON FOR HEARING    Further Status Conference

RESULT OF HEARING    △'s Counsel requests additional time to allow expert to review fingerprint(s)

Farsi Interpreter — Mehram Sheikholestami

Case continued to 6/4/08 @ 2:30 for Further Status.
Case continued to _____ for Motions.
        (Motion due ____, Opposition due ____, Reply Due ____)
Case continued to _____ for Pretrial.
Case continued to _____ for Trial. (Court/Jury: ___ day(s)
Case continued to _____ for _____

EXCLUDABLE DELAY (Category) Preparation of Counsel Begins APR 09 2008 Ends 6/4/08

(7 min)