1   JOSEPH P. RUSSONIELLO (CABN 44332)
    United States Attorney
2

3   BRIAN J. STRETCH (CABN 163973)
    Chief, Criminal Division
4

5   TAREK J. HELOU (CABN 218225)
    Assistant United States Attorney
6
        450 Golden Gate Avenue, Box 36055
7       San Francisco, California  94102
        Telephone:    (415) 436-7071
8       Facsimile:    (415) 436-7234
        Tarek.J.Helou@usdoj.gov
9

10  Attorneys for Plaintiff

11

12                  UNITED STATES DISTRICT COURT

13                  NORTHERN DISTRICT OF CALIFORNIA

14                  SAN FRANCISCO DIVISION

15

16  UNITED STATES OF AMERICA,          )   CR No. 07-00698-MMC
                                       )
17          Plaintiff,                 )   STIPULATION AND [PROPOSED]
                                       )   PROTECTIVE ORDER UNDER FED. R.
18      v.                             )   CRIM. P. 16
                                       )
19  ALIREZA RAHMANI,                   )
                                       )
20          Defendant.                 )
                                       )
    _____)
21

22          On April 9, 2008, the parties in this case appeared before the Court and addressed the need

23  for the following protective order.  After that hearing, at which both parties were heard, the

24  Court issues the following Protective Order, to which both parties have stipulated.

25                      **PROTECTED MATERIAL**

26          The government has provided defense counsel with redacted portions of two digital

27  images.  Those documents are bates-labeled USA-000109 and USA-000110, and are the

28  / /

"Protected Material." Pending the issuance of this Order, defense counsel agreed not to disseminate the Protected Material to any person outside its law firm.

## PROTECTIVE ORDER

Pursuant to Federal Rule of Criminal Procedure 16, good cause exists for entry of a protective order for the above-described documents and disclosure of these materials shall be subject to the following restrictions:

**1.    Protected Material**

Possession of copies of the Protected Material is limited to: (1) attorneys for defendant Alireza Rahmani, specifically Robert Beles, Annie Beles, Jamil Karwash, and other attorneys at the Law Office of Robert Beles law firm; and (2) their respective investigators, experts, and paralegals. Those people are collectively referred to as the "Defense Team."

The Defense Team shall shall not provide copies of the Protected Material to any other person, shall not duplicate the Protected Material, and shall not disseminate any copies of the Protected Material to any other person. The Defense Team may show the Protected Material only to the defendant and only in conjunction with their defense of him in this case. At no time will any copies of the Protected Material be left in the custody of the defendant or any other person. The Defense Team is prohibited from using the Protected Material for any purpose other than defending the defendant in this case

Further, the defendant's attorneys shall, prior to disseminating any copies of the Protected Material to other members of the Defense Team, review this Order and provide a copy of this Order to each member of the defense team.

This Order shall be binding on all subsequent attorneys who represent the defendant in this case and on any other person who becomes a member of the Defense Team or comes into possession of Protected Material.

1    **2.    Non-termination**

2    The provisions of this Order shall not terminate at the conclusion of this prosecution but

3    only upon further order of this Court.

4

5

6    SO STIPULATED:

7
                                    JOSEPH P. RUSSONIELLO
8                                    United States Attorney

9

10   DATED: April 21, 2008          _____/s/_____
                                    TAREK J. HELOU
11                                   Assistant United States Attorney

12

13   DATED: April 21, 2008          _____/s/_____
                                    ANNIE BELES
14                                   Attorney for Defendant Alireza Rahmani

15

16

17
     SO ORDERED.
18

19
     DATED:_____
20                                   THE HONORABLE MAXINE M. CHESNEY
                                    United States District Judge
21

22

23

24

25

26

27

28