UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

Date: JUN 0 __ ____        E-filing

Case No. __CR-07-0698 MMC__        JUDGE:   **Maxine M. Chesney**

__ALIREZA RAHMANI__ *        Present (✓) Not Present ( ) In Custody (✓)
DEFENDANT

__TAREK HELOU__        __ROBERT BELES, ANNIE BELES__
U.S. ATTORNEY        ATTORNEY FOR DEFENDANT

Deputy Clerk: __TRACY LUCERO__        Reporter: __MARGO GURULE__

**PROCEEDINGS**

REASON FOR HEARING   __FURTHER STATUS CONFERENCE__

RESULT OF HEARING   __AUSA informed the Court that there are witnesses located overseas. Δ's Counsel requests additional time to review discovery.__

__* FARSI INTERPRETER - MEHRAM SHEIKHOLESLAMI__

Case continued to __7/23/08 @ 2:30__ for Further Status.
Case continued to _____ for Motions.
            (Motion due _____, Opposition due _____, Reply Due _____)
Case continued to _____ for Pretrial.
Case continued to _____ for Trial. (Court/Jury: ____day(s)
Case continued to _____ for _____

EXCLUDABLE DELAY (Category) __Preparation of Counsel__ Begins __JUN 04 2008__ Ends __7/23/08__

(5 min)