UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

CRIMINAL PRETRIAL MINUTES

Date: JUL 2 3 2008

Case No. CR-07-0698 MMC

JUDGE: Maxine M. Chesney

DEFENDANT: ALIREZA RAHMANI *

Present (✓) Not Present ( ) In Custody (✓)

U.S. ATTORNEY: TAREK HELOU

ATTORNEY FOR DEFENDANT: ANNIE BELES for ROBERT BELES

Deputy Clerk: TRACY LUCERO

Reporter: CATHERINE EDWARDS

## PROCEEDINGS

REASON FOR HEARING: Further Status Conference

RESULT OF HEARING: ∆'s counsel has received all over-seas discovery from Govt which will requires additional time to review.

* Farsi interpreter - Mehram Sheikholeslami

Case continued to 8/27/08 @ 2:30 for Further Status / Trial setting Conf.
Case continued to _____ for Motions.
(Motion due ____, Opposition due ____, Reply Due ____)
Case continued to _____ for Pretrial.
Case continued to _____ for Trial. (Court/Jury: ___ day(s))
Case continued to _____ for _____

EXCLUDABLE DELAY (Category) Preparation of Counsel Begins JUL 2 3 2008 Ends 8/27/08

(5 min)