UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

E-filing

Date: AUG 27 2008

Case No. CR-07-0698 MMC          JUDGE: Maxine M. Chesney

Alireza Rahmani          Present (✓) Not Present ( ) In Custody (✓)
DEFENDANT

Derek Owens for Tarek Helou          Robert Beles
U.S. ATTORNEY                         ATTORNEY FOR DEFENDANT

Deputy Clerk: TRACY LUCERO          Reporter: Margo Gurule

## PROCEEDINGS

REASON FOR HEARING   Further Status Conference

RESULT OF HEARING   Counsel for Defendant requests additional time to review/investigate material (Germany)

Farsi Interpreter - Mehram Sheikholeslami

Case continued to  11/5/08 @ 2:30   for Further Status.
Case continued to _____ for Motions.
            (Motion due _____, Opposition due _____, Reply Due _____)
Case continued to _____ for Pretrial.
Case continued to _____ for Trial. (Court/Jury: ____ day(s)
Case continued to _____ for _____

EXCLUDABLE DELAY (Category) Preparation of Counsel   Begins AUG 27 2008   Ends 11/5/08

(5 min)