United States District Court

For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

          Plaintiff,

  v.

ALIREZA RAHMANI,

          Defendant
_____/

No. CR-07-0698 MMC

**ORDER CONTINUING STATUS
CONFERENCE**

     The parties' stipulation to continue the status conference from November 5, 2008 to November 19, 2008, is hereby APPROVED, and the status conference is CONTINUED to November 19, 2008.

     For the reasons stated in the Declaration of defendant's counsel filed in support of said stipulation, the time from November 5, 2008 up to and including November 19, 2008 shall, pursuant to 18 U.S.C. § 3161(h)(8)(A), be excluded in computing the time within which the trial must commence under the Speedy Trial Act.

     **IT IS SO ORDERED.**

Dated:  November 3, 2008

MAXINE M. CHESNEY
United States District Judge