ORIGINAL                                                                                          ORIGINAL

**Robert J. Beles** (Bar No. 41993)
1 Kaiser Plaza, Suite 2300
Oakland, California 94612-3642
Phone: (510) 836-0100
Fax: (510) 832-3690

Attorney for *Defendant* ALIREZA RAHMANI

# United States District Court
## Northern District of California
### San Francisco Division

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          *Plaintiff*,<br>   vs.<br><br>ALIREZA RAHMANI,<br><br>          *Defendant*. | No: 07-00698-MMC<br><br>ORDER CONTINUING CHANGE OF PLEA/TRIAL SETTING HEARING<br><br>Date:   January 7, 2009<br>Time:  10:30 a.m.<br><br>Excludable time: 18 U.S.C. §3161(h)(8)(A) |

**ORDER CONTINUING CHANGE OF PLEA/TRIAL SETTING HEARING**

The parties having stipulated, and it appearing that the ends of justice served by allowing the continuance would outweigh the best interest of the public and the defendant in a speedy trial, this court orders that the change of plea/trial setting hearing, presently scheduled for Wednesday, January 7, 2009 at 10:30 a.m. before the honorable Maxine M. Chesney, may be continued to Wednesday, February 11, 2009 at 2:30 pm.

Dated:  San Francisco, California, December 19, 2008.                              , 2009.

_____
Maxine M. Chesney
United States District Judge