UNITED STATES OF AMERICA

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR 07-0698 MMC |
| Plaintiff, ) | ~~[PROPOSED]~~ **PRELIMINARY ORDER OF FORFEITURE** |
| v. ) | |
| ALIREZA RAHMANI, ) | |
| Defendant. ) | |

Having considered the application for a preliminary order of forfeiture filed by the United States and the plea agreement entered on January 17, 2008, wherein the defendant admitted to the forfeiture allegation, and good cause appearing,

IT IS HEREBY ORDERED that the following property is forfeited to the United States:

1. Western Digital, model number WD2000 Caviar SE, Serial ATA, SN. WCAL81957593, 200GB;

2. Western Digital, model number WD1200 Caviar Enhanced IDE, serial SN. WMAES1796996, 120GB;

3. Western Digital, model number WD1600 WD Caviar Enhanced IDE, serial number WMAL72033292, 160GB;

4. Samsung Mighty Drive USB Device, 2GB;

5. 14 DVD's; and

6. 5 CD's.

pursuant to United States Code, Sections 2253(a)(1)-(3).

IT IS FURTHER ORDERED that the United States, through its appropriate agency, shall seize the forfeited property forthwith and publish on www.forfeiture.gov, a government website for at least thirty days, notice of this Order, notice of the government's intent to dispose of the property in such manner as the Attorney General may direct and provide notice that any person, other than the defendant, having or claiming a legal interest in the property must file a petition with the Court and serve a copy on government counsel within thirty (30) days of the final publication of notice or of receipt of actual notice, whichever is earlier.

IT IS FURTHER ORDERED that, pursuant to Rule 32.2(b)(3) of the Federal Criminal Rules of Procedure, this Preliminary Order of Forfeiture became final as to the defendant at the time of his sentencing on January 6, 2010 and as such, was made part of the sentence and included in the judgment dated January 12, 2010.

IT IS SO ORDERED this  15th  day of   March   2010.

MAXINE M. CHESNEY
United States District Judge

[PROPOSED] PRELIMINARY ORDER OF FORFEITURE                                                                 2
CR 07-0698 MMC