UNITED STATES OF AMERICA

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ALIREZA RAHMANI,<br><br>　　　　　Defendant. | Case No. CR 07-0698 MMC<br><br>[PROPOSED] FINAL ORDER OF FORFEITURE |

On March 15, 2010, the Court entered a Preliminary Order of Forfeiture forfeiting the following property, a Western Digital, model number WD2000 Caviar SE, Serial ATA, SN. WCAL81957593, 200GB; a Western Digital, model number WD1200 Caviar Enhanced IDE, serial SN. WMAES1796996, 120GB; a Western Digital, model number WD1600 WD Caviar Enhanced IDE, serial number WMAL72033292, 160GB; a Samsung Mighty Drive USB Device, 2GB; 14 DVD's, and 5 CD's pursuant to Title 18, United States Code, Sections 2253(a)(1)-(3).

The United States represents that it has complied with the publication and notice requirements of the Preliminary Order and that no petitions have been filed.

THEREFORE, it is ordered that the above-described property shall be forfeited to the United States, pursuant to Title 18, United States Code, Sections 2253(a)(1)-(3). All right, title, and interest in said property is vested in the United States of America. The appropriate federal agency shall dispose of the forfeited property according to law.

Dated: June 14, 2010

_____
MAXINE M. CHESNEY
United States District Judge